```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  07-14214-CIV-GRAHAM
                              MAGISTRATE JUDGE P. A. WHITE
```

| | | |
|---|---|---|
| RICHARD RICHARDS, | : | |
| Petitioner, | : | |
| v. | : | <u>REPORT OF</u> |
| | | <u>MAGISTRATE JUDGE</u> |
| JAMES MCDONOUGH, | : | (DE#15) |
| Respondent. | : | |

This Cause is before the Court upon the petitioner's notice of inquiry construed as a motion for reconsideration and a request for counsel. (DE#15). The motion was referred to the Undersigned Magistrate Judge (DE#16).

The petitioner filed a notice of inquiry as to whether his case could be reopened and he is seeking appointment of counsel. The petitioner was convicted of attempted sexual battery and other offenses to which he pled guilty in case no. 04-403, entered in Indian River County, Florida. The petitioner raised two claims in his habeas corpus petition; that his plea was involuntary and that his counsel was ineffective based upon a conflict of interest. A Report and Recommendation was entered by the Undersigned Magistrate Judge finding the petition both time barred and the claims without merit. The Report was adopted and the case was closed on February 27, 2008. The petitioner did not file objections to the Report and Recommendation, and now, more than one year after the case has been closed, he files a notice of inquiry seeking to reopen his case. However, he fails to demonstrate any reason why his case should be

granted reconsideration.[1]

It is therefore recommended that the motion for reconsideration and appointment of counsel be denied. (DE#15).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 1st day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Richard L. Richards, Pro Se
    DC #K58902
    Sumter Correctional Institution
    Address of Record

---

[1] The petitioner states that his state counsel would represent to the Court that he filed the state court pleadings on time and the error was made by the Clerk of Court. This argument would be unavailing as the petition was denied on the merits, as well as time barred.