UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 07-14214-CIV-GRAHAM

RICHARD L. RICHARDS,

     Petitioner,

vs.

JAMES McDONOUGH,

     Respondent.

_____/

**ORDER**

**THIS CAUSE** comes before the Court upon Richard L. Richards's pro se Notice of Inquiry, construed as a motion for reconsideration and appointment of counsel [D.E. 15].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 16]. Judge White has issued a Report and Recommendation for this Court's consideration [D.E. 17] recommending that the motion be denied. Thereafter, Petitioner filed a Motion for Reconsideration and Appointment of Counsel [D.E. 18], which this Court construes as objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the record and is otherwise dully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 17] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Petitioner's motion for reconsideration and appointment of counsel [D.E. 15, 18] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case remains **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2<u>nd</u> day of April, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Richard L. Richards, Pro Se
     Counsel of Record

2